IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
APR 09 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

JOANNA M. SNYDER,

Petitioner,

vs.

FLATHEAD COUNTY DETENTION CENTER,

Respondent.

CV 19–19–M–DLC–JCL

ORDER

United States Magistrate Judge Jeremiah C. Lynch entered his Findings and Recommendations on January 28, 2019, recommending the dismissal of Petitioner Joanna Snyder's Petition (Doc. 1) for failure to exhaust. (Doc. 2 at 5.) Snyder did not object to the Findings and Recommendations and so has waived the right to de novo review thereof. 28 U.S.C. § 636(b)(1)(C). Absent objection, this Court reviews findings and recommendations for clear error. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted). Reviewing for clear error and finding none,

IT IS ORDERED that Judge Lynch's Findings and Recommendations (Doc. 2) are ADOPTED IN FULL and Snyder's Petition (Doc. 1) is DISMISSED without prejudice for failure to exhaust.

IT IS FURTHER ORDERED that the Clerk of Court is directed to enter a judgment of dismissal.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

DATED this 9th day of April, 2019.

Dana L. Christensen, Chief District Judge
United States District Court